UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

TIMOTHY ROBERT FORE and
PATTI JO FORE (a/k/a PATTI JO
VENEKLASE-FORE),

    DebtorS.

Case No. HG 06-05842

_____/

CENTURY 21 REAL ESTATE, LLC,

    Plaintiff,

vs.

Adv. Pro. No. 07-80096

TIMOTHY ROBERT FORE and
PATTI JO FORE (a/k/a PATTI JO
VENEKLASE-FORE),

    Defendants

_____/

## ORDER DISMISSING SECTION 727 ACTION
## AGAINST DEBTORS

At a session of said Court of Bankruptcy, held in and for said district on ___JUL 2 5 2008___.

PRESENT:    HONORABLE JEFFREY R. HUGHES
                        United States Bankruptcy Judge

     This matter was heard on July 24, 2008 pursuant to the court's January 10, 2008 notice and order. No creditor or other party in interest appeared to oppose the contemplated dismissal of Plaintiff's Section 727 objection to Debtors' discharge. The United States Trustee also reported at that hearing that he did not intend to assume prosecution of the Section 727 objection and that he did not otherwise object to the contemplated dismissal.

     NOW, THEREFORE, IT IS ORDERED that the Section 727(a) count of Plaintiff's complaint against the Debtors is dismissed. The court will enter a separate order granting Debtors' discharge.

                                                    _____ 7/25/08
                                                    Honorable Jeffrey R. Hughes
                                                    United States Bankruptcy Judge

A copy of this order has been served by the court pursuant to its CM/ECF electronic notification procedures upon:

Daniel M. Eliades, Esq.
Dawn R. Copley, Esq.
Mark A. Kehoe, Esq.
Denise D. Twinney, Esq.